UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NOBLE ROMAN'S INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-0894-DFH-TAB |
| ) | |
| ROBINS FAMILY ENTERTAINMENT ) | |
| CENTER, LLC d/b/a DJ'S GALAXY ) | |
| QUEST, ) | |
| ) | |
| Defendant. ) | |

TEMPORARY RESTRAINING ORDER

After a hearing upon notice to defendant, and upon consideration of the parties' written and oral submissions, the court finds that plaintiff Noble Roman's Inc. is entitled to a temporary restraining order against its former franchisee, defendant Robins Family Entertainment Center, LLC. As stated more fully on the record in open court, plaintiff has shown: (a) that it is highly likely to succeed on at least some of its trademark and unfair competition claims, (b) that continued violations of its trademark rights are likely causing immediate and irreparable harm that could not be remedied adequately by a later award of damages, (c) that the balance of harms as between the parties favors plaintiff, and (d) that the public interest favors injunctive relief.

Accordingly, defendant Robins Family Entertainment Center, LLC, which does business as DJ's Galaxy Quest, is hereby ORDERED:

1.      To stop using immediately any packaging or other items bearing the Noble Roman's® trademark, including but not limited to pizza boxes, bags, cups, and napkins, as well as signs or other advertising or promotional materials. Any signage on defendant's premises with the Noble Roman's name shall be removed or masked immediately.

2.      To return to Noble Roman's, Inc. at defendant's expense all documents or other materials reflecting or constituting Noble Roman's proprietary materials under the terms of the franchise agreement, including Noble Roman's assembly charts, diagrams, menu boards, operation manuals, trade dress, and signage. All such items shall be shipped to Noble Roman's no later than 5:00 p.m. Eastern Daylight Savings time on Friday, June 17, 2005, for delivery to Noble Roman's headquarters no later than Tuesday, June 21, 2005. If shipment of signs or other large items is impractical, defendant may comply with this order, with plaintiff's consent, by destroying the items and documenting the destruction in a way satisfactory to plaintiff.

This temporary restraining order is conditioned on plaintiff Noble Roman's, Inc. posting a bond or other security with the clerk of this court no later than

Tuesday, June 21, 2005, in the amount of Five Thousand Dollars ($5,000). This temporary restraining order shall be binding upon defendant, its members, officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.

This temporary restraining order shall take effect at the time of its issuance and shall continue in force for ten days, unless otherwise modified or extended by court order. This temporary restraining order shall not be construed to prohibit defendant from making or selling pizza as part of its current assortment of menu items, so long as it refrains from associating the pizza with the Noble Roman's name or any Noble Roman's trademarked items.

The court will hold a hearing on plaintiff's motion for a preliminary injunction on **Monday, June 27, 2005, at 9:00 a.m.**

So ordered.
Date: June 16, 2005

*David F. Hamilton*
_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Peyton Louis Berg
BOSE MCKINNEY & EVANS, LLP
pberg@boselaw.com

Jeffrey R. Gaither
BOSE MCKINNEY & EVANS, LLP
jgaither@boselaw.com

Alan J. Irvin
Hill Fulwider McDowell Funk & Matthews
One Indiana Square, Suite 2000
Indianapolis, Indiana  46204